# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

| | |
|---|---|
| UNITED ASSOCIATION OF PLUMBERS AND STEAMFITTERS LOCAL 44,<br>*Plaintiff*<br>v.<br>IRWIN-YAEGER, INC.,<br>*Defendant* | )<br>)<br>)   Civil Action No.  13-CV-0091-TOR<br>)<br>)<br>) |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ other:
JUDGMENT IS ENTERED IN FAVOR OF PLAINTIFF. PLAINTIFF UNITED ASSOCIATION OF PLUMBERS AND STEAMFITTERS LOCAL 44 SHALL RECOVER $32,400.00 FROM DEFENDANT IRWIN-YAEGER, INC.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge  THOMAS O. RICE  on a motion for SUMMARY JUDGMENT (ECF NO. 7) AND MOTION TO DISMISS (ECF NO. 4).

Date: July 3, 2013

*CLERK OF COURT*

SEAN F. McAVOY

s/ Linda L. Hansen
*(By) Deputy Clerk*

Linda L. Hansen